| PROB 22 (Rev. 2/88) | TRANSFER OF JURISDICTION | RECEIVED JUL 25 2014 U.S. Probation Office | DOCKET NUMBER (Tran. Court) 04-CR280-004 |
|---|---|---|---|
| | | | DOCKET NUMBER (Rec. Court) 1:14-cr-330-SCJ |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT Newark, NJ | DIVISION |
|---|---|---|
| Atif Amin<br>115 W. Peachtree Place<br>Unit 515<br>Atlanta, GA<br><br>REC<br>JUL 25<br>U.S. Probation Office<br>Newark, NJ | New Jersey | |
| | NAME OF SENTENCING JUDGE<br>Faith S. Hochberg | |
| | DATES OF PROBATION/ SUPERVISED RELEASE: | FROM 05/25/2012 | TO 05/24/2017 |

**OFFENSE**

Conspiracy to Distribute Controlled Substance

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE New Jersey

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District Georgia upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

7/25/2014
*Date*

*signature* Faith S. Hochberg
*United States District Judge*

FILED IN CLERK'S OFFICE U.S.D.C. Atlanta

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

SEP 2 - 2014

UNITED STATES DISTRICT COURT FOR THE Northern District Georgia

JAMES N. HATTEN, Clerk
By: *signature* Deputy Clerk

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

August 11, 2014
*Effective Date*

*signature* Steve C. Jones
*United States District Judge*

I HEREBY CERTIFY that the above and foregoing is a true and correct copy of the original on file in my office.
ATTEST 8-29-14
WILLIAM T. WALSH, Clerk
United States District Court
District of New Jersey

By: *signature*
Deputy Clerk